**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

FERNANDO ZAMORA, *individually and on behalf of others similarly situated*, and FABIAN OCTAVIANO MARCELINO, *individually and on behalf of other similarly situated employees*,

                          Plaintiffs,

-against-

L PLUS L PRODUCTIONS LLC, *d/b/a Ofrenda Restaurant*, and JORGE GUZMAN,

------------------------------------------------x

ORDER

19 Civ. 1506 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for January 14, 2020 at 9:45 a.m. is cancelled.

This Court will hear oral argument on Plaintiff and Counter-Defendant Fabian Octaviano Marcelino's motion to dismiss, (ECF No. 36), on February 19, 2020 at 10:30 am.

Dated: New York, New York
      January 9, 2020

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge