USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERNANDO ZAMORA,
*on behalf of himself and others similarly situated*,

      Plaintiff,

   - against -

L PLUS L PRODUCTIONS, LLC
*Doing business as Ofrenda Restaurant.*,

      Defendants.
-------------------------------------------------------------X

19-cv-1506 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Per the telephonic conference held on February 3, 2020, parties are to exchange any documents left to be produced by **February 17, 2020.** If either party fails to comply with this Order, they may be subject to sanctions.

          SO ORDERED.

          _____
          ROBERT W. LEHRBURGER
          UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2020
    New York, New York