**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FERNANDO ZAMORA and FABIAN OCTAVIANO MARCELINO, *on behalf of themselves and others similarly situated*,



                          Plaintiffs,

-against-

L PLUS L PRODUCTIONS LLC and JORGE GUZMAN,

                          Defendants.

ORDER

19 Civ. 1506 (GBD) (RWL)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during today's oral argument, Plaintiff Fabian Octaviano Marcelino's motion to dismiss Defendant L Plus L Productions LLC's counterclaims, (ECF No. 36), is GRANTED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       February 19, 2020

                                            SO ORDERED.

                                            */s/ George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge