**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

FERNANDO ZAMORA and FABIAN
OCTAVIANO MARCELINO, on behalf of
themselves and others similarly situated,
                         Plaintiffs,

    -against-

L PLUS L PRODUCTIONS LLC and JORGE
GUZMAN,
                         Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2020

**19 CIVIL** 1506 (GBD)(RWL)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2020, Plaintiff Fabian Octaviano Marcelino's motion to dismiss Defendant L Plus L Productions LLC's counterclaims is GRANTED.

**Dated:** New York, New York
        February 20, 2020

                                                        RUBY J. KRAJICK

                                                        Clerk of Court
                          **BY:**
                                                        **Deputy Clerk**