USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERNANDO ZAMORA,
*on behalf of himself and others similarly situated*,

                     Plaintiff,

        - against -

L PLUS L PRODUCTIONS, LLC
*Doing business as Ofrenda Restaurant.*,

                     Defendants.
-------------------------------------------------------------X

19-cv-1506 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order addresses the parties' correspondence at Dkt. 58 and 59. The parties agree that discovery should be closed. Accordingly, the period for discovery is hereby closed. Defendant's request for discovery sanctions is denied. As Plaintiff correctly points out, testimony of employees may be sufficient to establish a prima facie case of time and hours in the absence of records. Accordingly, a summary judgment motion would be unlikely to succeed, and no motion shall be filed without correspondence to the undersigned explaining the basis therefore.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2020
       New York, New York