**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

FERNANDO ZAMORA, *individually and on behalf of others similarly situated*, and FABIAN OCTAVIANO MARCELINO, *individually and on behalf of other similarly situated employees*,

                           Plaintiffs,

    -against-

L PLUS L PRODUCTIONS LLC, *d/b/a Ofrenda Restaurant*, and JORGE GUZMAN,

------------------------------------------x

ORDER

19 Civ. 1506 (GBD)

GEORGE B. DANIELS, United States District Judge:

The oral argument scheduled for September 8, 2020 is adjourned to October 27, 2020 at 10:30 a.m.

Dated: New York, New York
       August 28, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE