USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO ZAMORA and,
FABIAN OCTAVIANO MARCELINO,
on behalf of themselves, and others
similarly situated,

             Plaintiff,

- against -

L PLUS L PRODUCTIONS LLC;
dba OFRENDA RESTAURANT;
or any other business entity doing business as
OFRENDA RESTAURANT, located at
113 7th Avenue South, New York, New York 10014,
and JORGE GUZMAN, individually,

             Defendants.

Case No.: 19 CV 1506
(RWL)

The matter in the above-captioned action having been amicably resolved by and between the parties, and the court having approved the settlement as a fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party. The court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: New York, New York
December 29, 2020

CILENTI & COOPER, PLLC
Attorneys for Plaintiff

_____
Peter H. Cooper, Esq.

THE LANDAU GROUP PC
Attorneys for Defendants

_____
Zachary R. Landau, Esq.

So Ordered:
12/29/2020

_____
Robert W. Lehrburger, U.S.M.J.

11